IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:99-CR-54 |
| | ) | Judge Phillips |
| CHRISTINA GONZALEZ | ) | |

## AGREED ORDER OF MODIFICATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Christina Gonzalez, and the defendant admits that she has violated certain conditions of her supervised release. An agreement has been reached between the parties, recommending that Ms. Gonzalez's supervised release should be modified to require her to reside at Midway Sanctions Center during the remainder of her period of supervised release which will end on October 9, 2007.

Ms. Gonzalez agrees to waive her right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive her right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The parties agree that the violations committed by the defendant are "Grade C" violations. The defendant's criminal history category is III, and her supervised release expires on October 9, 2007. The advisory guideline range is 5-11 months which the Court has carefully considered. There is a statutory maximum of three (3) years imprisonment which the Court has also considered.

The Court feels that the recommended modification is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. §3553(a). Specifically, the Court finds that the defendant failed to notify her probation officer prior to a change in residence and that she failed to file monthly reports.

IT IS HEREBY ORDERED, therefore, that Christina Gonzalez's supervised release is modified to require a condition that she reside at Midway Sanctions Center until the expiration of her supervised release on October 9, 2007. Christina Gonzalez will continue to be subject to the standard conditions of supervised release adopted by this court and all previously ordered special conditions, including participation in a program of testing and treatment for drug and/or alcohol abuse as directed by the probation officer until such time as the defendant is released by the probation officer from the program, as ordered by the Court on August 28, 2000.

_____
Hon. Thomas W. Phillips
United States District Judge

APPROVED FOR ENTRY:

*Hugh B. Ward, Jr. by E. Ford by permission*
Hugh B. Ward, Jr.
Assistant U.S. Attorney

*Elizabeth B. Ford*
Elizabeth B. Ford
Attorney for Defendant

*Christina Gonzalez*
Christina Gonzalez
Defendant

*Jennifer Fletcher*
Jennifer Fletcher
U.S. Probation Office